# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **David M. Bickauskas** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Case No. 1:17-cv-1073 |
| v. ) | |
| ) | Hon. Andrea R. Wood |
| **Ground Breakers, Inc.,** ) | |
| **Michael Wood, and Robert Moszkiewicz** ) | |
| ) | |
| **Defendants.** ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff David M. Bickauskas and Defendants Ground Breakers, Inc., Michael Wood, and Robert Moszkiewicz hereby stipulate to the dismissal of this action, in its entirety, with prejudice, with each side to bear its own costs and attorneys' fees.

Dated: September 15, 2017

Respectfully submitted,

| | |
|---|---|
| DAVID M. BICKAUSKAS | GROUND BREAKERS, INC., MICHAEL WOOD, |
| By: /s/ Mitchell S. Chaban | and ROBERT MOSZKIEWICZ |
| | By: /s/ Troy C. Owens |
| | |
| Mitchell S. Chaban | Troy C. Owens |
| LEVIN GINSBURG | Owens & Laughlin LLC |
| Attorney for Plaintiff | 9 Crystal Lake Road, Suite 205 |
| 180 North LaSalle Street, Suite 3200 | Lake in the Hills, IL 60156 |
| Chicago, Illinois 60601-2800 | (847) 854-8700 |
| (312) 368-0100 | *towens@owenslaughlin.com* |
| *mchaban@lgattorneys.com* | |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on September 15, 2017, he caused a true and correct copy of the foregoing Stipulation of Dismissal to be filed with the Court by the electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered in the Court's ECF/CM system.

By: /s/ Mitchell S. Chaban